UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Condensing Heat Exchangers, Inc. <br> A New York Corporation <br> Plaintiff <br><br> vs. <br><br> Power and Energy Systems <br> A Canadian Corporation <br> Defendant | CASE NO. 04-30084 |

## REQUEST FOR DISMISSAL

**TO THIS HONORABLE COURT AND ALL INTERESTED PARTIES**: Pursuant to Fed.R.Civ.P.41(a)1)(i) The Plaintiff requests that this action be dismissed without prejudice.

MARK L. HARE, ESQUIRE BBO#556003
Hare, Stamm, Days & Harris
1350 Main Street
Springfield, MA 01103
Tel. 1-413-731-5800
Fax  1-413-732-5828

May 28 , 2004